STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    FAX: (510) 637-3724
    Noah.Stern@usdoj.gov

Attorneys for United States of America

**FILED**

May 26, 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:21-mj-70900 MAG |
| Plaintiff, | MOTION TO UNSEAL IN PART AND ORDER |
| v. | |
| JAVIER CASTRO BANEGAS-MEDINA, et. al, | |
| Defendants. | |

    The United States hereby moves the Court for an order unsealing the above-captioned case in part, with respect to defendant Jihad Jad Tawasha. On May 26, 2021, some of the defendants charged in the case—Javier Castro Banegas-Medina, Elmer Rosales-Montes, Jose Ivan Cruz-Caceres, and William Joseph Laughren, Jr.—had an initial appearance on the complaint before the Honorable Kandis A. Westmore. Judge Westmore ordered the case unsealed with respect to those defendants. The government understands that Mr. Tawasha is in state custody in the Eastern District of California and

//
//

MOT. TO UNSEAL IN PART AND ORDER

that the arrest warrant in this case has been lodged with the jail.  For that reason, the government believes it is unnecessary for the case to remain under seal with respect to Mr. Tawasha.

The United States has filed under seal via the Court's electronic filing system a redacted version of the Complaint in which the portions relating to Mr. Tawasha and the other defendants for whom the case has already been unsealed are not redacted, while the portions of the Complaint relating to the other defendants are redacted..  The United States requests that fully unredacted complaint remain under seal.

DATED: May 26, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____
NOAH STERN
Assistant United States Attorney

**ORDER**

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Unseal In Part is GRANTED.  The Clerk of Court is ordered to unseal the case with respect to Jihad Jad Tawasha.  The unredacted Complaint that is filed in the case shall remain under seal and only a redacted version of the Complaint filed by the government shall be unsealed at this time by the Clerk.

DATED: May 26, 2021



HON. KA_____
United Sta_____

MOT. TO UNSEAL IN PART AND ORDER