JOHN J. JORDAN, ESQ. (State Bar No. 175678)
601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel: (415) 391-4814
Fax: (415) 391-4309
Email:jjordanesq@aol.com

Counsel for Defendant
JIHAD JAD TAWASHA

FILED

Jun 28 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4-21-MJ-70900-MAG-4 |
| Plaintiff, | ORDER AND STIPULATION CONTINUING HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | |
| JIHAD JAD TAWASHA, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming a Detention Hearing date of June 30, 2021, at 1:00 p.m. before the Magistrate Judge on duty, vacating the currently-scheduled hearing date of June 29, 2021, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), until June 30, 2021. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently in custody at Santa Rita Jail and has agreed to this continuance, to allow the Pretrial Services Officer additional time to prepare the bail report.

2. This matter is currently set for a detention hearing on June 29, 2021.

3. The government has provided the defendant with discovery materials regarding criminal history.

4. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

6. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal timeline established in Rule 5.1.

7. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period through and including June 18, 2021, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8. Accordingly, and with the consent of the defendant, the Court:

(1) confirms a Detention Hearing date before the duty Magistrate Judge on June 30, 2021, at 1:00 p.m.;

(2) vacates the currently-scheduled hearing date of June 29, 2021; and

(3) orders that the period from June 29, 2021, through and including June 30, 2021, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: June 28, 2021.

United States Attorney

*/s/ Noah Stern*
Noah Stern
Assistant United States Attorney

//
//
//
//

|  |  |
|---|---|
|  | DATED: June 28, 2021 |
|  | /s/ *John J. Jordan* |
|  | JOHN J. JORDAN |
|  | Counsel for the Defendant |

IT IS SO ORDERED.

DATED: June 28, 2021



HON. DONNA M. RYU
United States Magistrate Judge