1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | NOAH STERN (CABN 297476)
Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | FAX: (510) 637-3724
Noah.Stern@usdoj.gov

8

9 | Attorneys for United States of America

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,                    ) CASE NOS. 4:21-MJ-70900-MAG-1
                                                  )            4:21-MJ-70900-MAG-2
14 |          Plaintiff,                          )            4:21-MJ-70900-MAG-3
                                                  )            4:21-MJ-70900-MAG-4
15 |     v.                                       )            4:21-MJ-70900-MAG-8
                                                  )            4:21-MJ-70903-MAG
16 | JAVIER CASTRO BANEGAS-MEDINA,                )
     ELMER ROSALES-MONTES,                        ) STIPULATION TO CONTINUE STATUS
17 | JOSE IVAN CRUZ-CACERES,                      ) HEARINGS AND EXCLUDE TIME FROM
     JIHAD JAD TAWASHA,                           ) JANUARY 24, 2022 TO FEBRUARY 7, 2022
18 | WILLIAM JOSEPH LAUGHREN, JR.,                ) AND ORDER
                                                  )
19 |          Defendants.                         )
                                                  )
20 | _____     )
                                                  )
21 | UNITED STATES OF AMERICA,                    )
                                                  )
22 |          Plaintiff,                          )
                                                  )
     v.                                           )
23 |                                              )
     KENY ALDUVI ROMERO-LOPEZ,                    )
24 |                                              )
             Defendant.                           )
25 | _____     )

26

27 |     It is hereby stipulated by and between counsel for the United States and counsel for the

28 | defendants, Javier Castro Banegas-Medina, Elmer Rosales-Montes, Jose Ivan Cruz-Caceres, Jihad Jad

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER
Case No. 4:21-MJ-70900; 4:21-MJ-70903                                    v. 7/10/2018

1  Tawasha, William Joseph Laughren, Jr., and Keny Alduvi Romero-Lopez that the status hearings

2  scheduled for January 24, 2022 at 10:00 a.m., be vacated and rescheduled for February 7, 2022 at 10:00

3  a.m.  The parties further stipulate that time be excluded under the Speedy Trial Act from January 24,

4  2022, through February 7, 2022, and, with the consent of the defendants, there is good cause for

5  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

6       The government has produced voluminous discovery in the cases.  In recent weeks the in-

7  custody defendants have been subject to quarantine and defense counsel needs additional time to discuss

8  the case with the defendants, in connection with a potential resolution of the case.  Defense counsel also

9  needs time to review the discovery.  For these reasons, the parties request that the status hearings be

10  continued until February 7, 2022, and the government and counsel for the defendants agree that time be

11  excluded under the Speedy Trial Act, and that the deadlines under Federal Rule of Criminal Procedure

12  5.1 be extended, so that defense counsel can continue to prepare, including reviewing the discovery

13  already produced.  The parties stipulate and agree that excluding time until February 7, 2022 will allow

14  for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate

15  and agree that the ends of justice served by excluding the time from January 24, 2022 through February

16  7, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the

17  defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

18       The parties further stipulate that, with the consent of the defendants, there is good cause for

19  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for

20  extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P.

21  5.1; 18 U.S.C. § 3161(b).

22

23

24

25

26  //

27  //

28  //

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [ORDER
Case No. 4:21-MJ-70900; 4:21-MJ-70903                                    v. 7/10/2018

1   The undersigned Assistant United States Attorney certifies that he has obtained approval from

2   counsel for the defendants to file this stipulation and proposed order.

3

4          IT IS SO STIPULATED.

5   DATED:        January 20, 2022              _____/s/_____

6                                              NOAH STERN
                                               Assistant United States Attorney
7

8   DATED:        January 20, 2022              _____/s/_____

9                                              DENA YOUNG
                                               Counsel for Defendant
10                                             JAVIER CASTRO BANEGAS-MEDINA

11  DATED:        January 20, 2022              _____/s/_____

12                                             JEFFREY L. BORNSTEIN
                                               Counsel for Defendant
13                                             ELMER ROSALES-MONTES

14

15  DATED:        January 20, 2022              _____/s/_____

16                                             SCOTT SUGARMAN
                                               Counsel for Defendant
17                                             JOSE IVAN CRUZ-CACERES

18  DATED:        January 20, 2022              _____/s/_____

19                                             JOHN J. JORDAN
                                               Counsel for Defendant
20                                             JIHAD JAD TAWASHA

21

22  DATED:        January 20, 2022              _____/s/_____

23                                             CHARLES WOODSON
                                               Counsel for Defendant
24                                             WILLIAM JOSEPH LAUGHREN, JR.

25  DATED:        January 20, 2022              _____/s/_____

26                                             ALBERT BORO
                                               Counsel for Defendant
27                                             KENY ALDUVI ROMERO-LOPEZ

28

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER
Case No. 4:21-MJ-70900; 4:21-MJ-70903                                    v. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court vacates the status conferences scheduled for January 24, 2022 at 10:00 a.m. relating to the above captioned defendants and reschedules them for February 7, 2022 at 10:00 a.m.  The Court further finds that failing to exclude the time from January 24, 2022 through February 7, 2022 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 24, 2022 through February 7, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  For the same reasons, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 24, 2022 through February 7, 2022 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO ORDERED.


DATED:   January 20, 2022



IT IS SO ORDERED

Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge