STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAVIER CASTRO BANEGAS-MEDINA, <br> ELMER ROSALES-MONTES, <br> JOSE IVAN CRUZ-CACERES, <br> JIHAD JAD TAWASHA, <br> WILLIAM JOSEPH LAUGHREN, JR., <br><br> Defendants. | CASE NOS. 4:21-MJ-70900-MAG-1 <br>                 4:21-MJ-70900-MAG-2 <br>                 4:21-MJ-70900-MAG-3 <br>                 4:21-MJ-70900-MAG-4 <br>                 4:21-MJ-70900-MAG-8 <br><br> STIPULATION TO VACATE STATUS HEARINGS, SET ARRAIGNMENTS AND EXCLUDE TIME FROM FEBRUARY 7, 2022 TO FEBRUARY 25, 2022 AND ORDER |

      It is hereby stipulated by and between counsel for the United States and counsel for the defendants, Javier Castro Banegas-Medina, Elmer Rosales-Montes, Jose Ivan Cruz-Caceres, Jihad Jad Tawasha, and William Joseph Laughren, Jr. that the status hearings scheduled for February 7, 2022 at 10:00 a.m., be vacated and an arraignment hearing be scheduled for February 25, 2022 at 10:00 a.m. The parties further stipulate that time be excluded under the Speedy Trial Act from February 7, 2022, through February 25, 2022, and, with the consent of the defendants, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. The bail review/bond hearing for Mr. Tawasha scheduled for 9:30 a.m. on February 7, 2022 before the Honorable

1  Donna M. Ryu shall remain on calendar.

2  The government has produced voluminous discovery in the cases.  In recent weeks the in-
3  custody defendants have been subject to quarantine and defense counsel needs additional time to discuss
4  the case with the defendants, including the logistics of the agreement in principle the defendants that are
5  parties to this stipulation have reached with the government to resolve the charges against those
6  defendants.  The parties need a short additional continuance prior to an arraignment hearing.  For these
7  reasons, the parties request that the status hearing be vacated and an arraignment hearing be scheduled
8  for February 25, 2022, and the government and counsel for the defendants agree that time be excluded
9  under the Speedy Trial Act, and that the deadlines under Federal Rule of Criminal Procedure 5.1 be
10  extended, so that defense counsel can continue to prepare, including reviewing the discovery already
11  produced.  The parties stipulate and agree that excluding time until February 25, 2022 will allow for the
12  effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and
13  agree that the ends of justice served by excluding the time from February 7, 2022 through February 25,
14  2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the
15  defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

16  The parties further stipulate that, with the consent of the defendants, there is good cause for
17  extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
18  extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P.
19  5.1; 18 U.S.C. § 3161(b).

27  //
28  //

1  The undersigned Assistant United States Attorney certifies that he has obtained approval from
2  counsel for the defendants to file this stipulation and proposed order.

3

4       IT IS SO STIPULATED.

5  DATED:      February 4, 2022                    /s/
                                                   NOAH STERN
6                                                  Assistant United States Attorney

7

8  DATED:      February 4, 2022                    /s/
                                                   DENA YOUNG
9                                                  Counsel for Defendant
                                                   JAVIER CASTRO BANEGAS-MEDINA
10

11
   DATED:      February 4, 2022                    /s/
12                                                 JEFFREY L. BORNSTEIN
                                                   Counsel for Defendant
13                                                 ELMER ROSALES-MONTES

14

15 DATED:      February 4, 2022                    /s/
                                                   SCOTT SUGARMAN
16                                                 Counsel for Defendant
                                                   JOSE IVAN CRUZ-CACERES
17

18 DATED:      February 4, 2022                    /s/
                                                   JOHN J. JORDAN
19                                                 Counsel for Defendant
                                                   JIHAD JAD TAWASHA
20

21
   DATED:      February 4, 2022                    /s/
22                                                 CHARLES WOODSON
                                                   Counsel for Defendant
23                                                 WILLIAM JOSEPH LAUGHREN, JR.

24

25

26

27

28

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER
Case No. 4:21-MJ-70900                                                              v. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court vacates the status conferences scheduled for February 7, 2022 at 10:00 a.m. relating to the above captioned defendants and schedules an arraignment hearing for February 25, 2022 at 10:00 a.m. The bail review/bond hearing for Mr. Tawasha scheduled for 9:30 a.m. on February 7, 2022 before the Honorable Donna M. Ryu shall remain on calendar. The Court further finds that failing to exclude the time from February 7, 2022 through February 25, 2022 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 7, 2022 through February 25, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. For the same reasons, the Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 7, 2022 through February 25, 2022 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO ORDERED.

DATED: February 4, 2022

HON. KANDIS A. WESTMORE
United States Magistrate Judge